# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | No. 15-119-4 |
| **LAVELL CARTER** | : | |
| | : | |

## ORDER

This 23rd day of November, 2020, after consideration of Defendant's Pro Se Motion for Reconsideration of Sentence for Count One (ECF No. 168) it is hereby **ORDERED** that the motion is **DENIED**.

                                                        /s/ Gerald Austin McHugh
                                                     United States District Judge